1  WILLIAM A. MOLINSKI (SBN 145186)
   wmolinski@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
3  Los Angeles, California  90017
   Tel:  +1-213-629-2020 / Fax:  +1-213-612-2499
4  ANNETTE L. HURST (SBN 148738)
5  ahurst@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
6  405 Howard Street
   San Francisco, California 94105-2669
7  Tel:  +1-415-773-5700 / Fax:  +1-415-773-5759
   E. JOSHUA ROSENKRANZ (*pro hac vice*)
8  jrosenkranz@orrick.com
   PETER A. BICKS (*pro hac vice*)
9  pbicks@orrick.com
   ELYSE D. ECHTMAN (*pro hac vice*)
10 eechtman@orrick.com
   LISA T. SIMPSON (*pro hac vice filed*)
11 lsimpson@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 51 West 52nd Street
   New York, New York  10019-6142
13 Tel:  +1-212-506-5000 / Fax:  +1-212-506-5151
14 MARK A. LEMLEY (SBN 155830)
   mlemley@durietangri.com
15 MICHAEL PAGE (SBN 154913)
   mpage@durietangri.com
16 DURIE TANGRI LLP
   217 Leidesdorff Street
17 San Francisco, California  94111
   Tel:  +1-415-362-6666

18 Attorneys for Defendants DISH Network
19 Corporation, DISH Network L.L.C., EchoStar
   Corporation, and EchoStar Technologies L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NBC STUDIOS, LLC, et al., | Case No. CV12-04536-DMG-SHx |
| Plaintiffs, | **ORDER GRANTING EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT [36]** |
| v. | |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., ECHOSTAR CORPORATION, and ECHOSTAR TECHNOLOGIES LLC, | |
| Defendants. | |

The Court, having read and considered the JOINT STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT (the "Stipulation") filed by defendants DISH Network L.L.C., DISH Network Corp., EchoStar Corp., and EchoStar Technologies L.L.C. (collectively "Defendants"), and stipulated to by plaintiffs NBC Studios, LLC, Universal Network Television, LLC, Open 4 Business Productions LLC, and NBCUniversal Medial, LLC ("NBC" or "Plaintiffs") , and good cause appearing therefor,

**IT IS ORDERED that**:

1.  Defendants shall file a response to the Amended Complaint on September 18, 2012.

2.  In the event Defendants, or any of them, file a motion to dismiss, stay or transfer the Amended Complaint, Defendants shall calendar the motion so that Plaintiffs shall have at least three weeks to oppose any such motion.

Dated:   September 5, 2012

_____
DOLLY M. GEE
United States District Judge