1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

14

CENTRAL DISTRICT OF CALIFORNIA

15
16

NBC STUDIOS, LLC, *et al.*,

Case No. CV12-04536-DMG-SHx

17

Plaintiffs,

**ORDER RE JOINT
STIPULATION TO CONTINUE
SCHEDULING CONFERENCE
[53]**

18

v.

19

DISH NETWORK CORPORATION, *et al.*,

20

Defendants.

21
22
23
24
25
26
27
28

1        The Court, having read and considered the JOINT STIPULATION TO

2  CONTINUE SCHEDULING CONFERENCE (the "Stipulation") filed by

3  defendants DISH Network L.L.C., DISH Network L.L.C., EchoStar Corporation

4  and EchoStar Technologies L.L.C. and stipulated to by plaintiffs NBC Studios,

5  LLC, Universal Network Television, LLC, Open 4 Business Productions LLC, and

6  NBCUniversal Medial, LLC ("NBC") , and good cause appearing therefor,

7        **IT IS ORDERED that**:

8        The scheduling conference in this action is continued to Friday, **April 19,**

9  **2013 at 11:00 a.m.**  The parties shall file an amended Joint Rule 26(f) report by

10  **April 5, 2013**.

11

12  Dated:   January 29, 2013

13                            DOLLY M. GEE
                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28