WILLIAM A. MOLINSKI (SBN 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California  90017
Tel: +1-213-629-2020 / Fax: +1-213-612-2499

ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California  94105-2669
Tel: +1-415-773-5700 / Fax: +1-415-773-5759

E. JOSHUA ROSENKRANZ (*pro hac vice*)
jrosenkranz@orrick.com
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
ELYSE D. ECHTMAN (*pro hac vice*)
eechtman@orrick.com
LISA T. SIMPSON *(pro hac vice filed)*
lsimpson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York  10019-6142
Tel: +1-212-506-5000 / Fax: +1-212-506-5151

MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
MICHAEL PAGE (SBN 154913)
mpage@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, California  94111
Tel: +1-415-362-6666

Attorneys for Defendants DISH Network
Corporation, DISH Network L.L.C., EchoStar
Corporation and EchoStar Technologies L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NBC STUDIOS, LLC; *et al.*, | Case No. CV12-04536-DMG-SHx |
| Plaintiffs, | **JOINT RESPONSE TO ORDER TO SHOW CAUSE** |
| v. | |
| DISH NETWORK CORPORATION, DISH NETWORK  L.L.C., ECHOSTAR CORPORATION and ECHOSTAR TECHNOLOGIES L.L.C. | |
| Defendants. | |

Plaintiffs NBC Studios, LLC, Universal Network Television LLC, Open 4 Business Productions LLC, and NBCUniversal Media, LLC (collectively "Plaintiffs") and Defendants DISH Network Corporation, DISH Network L.L.C., EchoStar Corporation and EchoStar Technologies L.L.C. (collectively "Defendants") jointly respond to the Court's Order to Show Cause why the stay in this action should not be lifted, as follows:

- The parties agreed to stay this action pending final resolution of the appeal currently before the Ninth Circuit in *Fox Broadcasting Company, Inc. et al. v. DISH Network L.L.C. et al.*, CV-12-04529 DMG (SHx) (the "Fox Litigation"), with the Ninth Circuit index number 12-5078. There are overlapping copyright claims in this case, and the parties believe that the final resolution of this appeal will provide clarity on the governing law for this case. However, the Fox Litigation involves additional copyright claims that are not asserted by Plaintiffs in this case and that are not at issue in the above-referenced appeal. The Fox Litigation also involves contract claims that are unique to the Fox plaintiffs;

- The parties have agreed upon mechanisms to avoid duplication of discovery between this case, the Fox Litigation, and *DISH Network L.L.C. v. American Broadcasting Companies, et al.*, No. 12 Civ. 4155 (LTS) (KNF) (S.D.N.Y.) (the "SDNY Litigation") and promote efficiency. Specifically, the parties have agreed that (i) Plaintiffs will not take discovery on issues that are duplicative of issues in the Fox Litigation or the SDNY Litigation, (ii) Plaintiffs will rely on (and, at their option, observe) depositions of DISH's witnesses taken on those issues during the stay, (iii) For any DISH witness whose deposition testimony in the Fox Litigation or the SDNY Litigation DISH believes will include issues that are duplicative of issues in this case, DISH shall, within a reasonable time after the scheduling of such witnesses' deposition (but in no event fewer

than 5 business days before the scheduled deposition date), notify Plaintiffs of the name of the deponent and the date, time and location of the deposition.  If DISH fails to provide such notice, the prohibition in subsection (i) of this paragraph shall not apply to that witness; and (iv) DISH will produce to Plaintiffs the same documents that it produces in the Fox Litigation and the SDNY Litigation relating to such issues after the stay has been lifted, provided that nothing in this subsection (iv) shall prohibit Plaintiffs from obtaining copies of documents used as exhibits at a deposition taken during the stay, whether those copies are provided at the deposition itself or are bound or otherwise appended to the transcript of the deposition ordered by Plaintiffs.  The parties have further agreed that any non-duplicative discovery will be conducted upon the lifting of the stay; and

- Based on the foregoing, the parties propose that the temporary stay of the case remain in effect pending final completion of the appeal before the Ninth Circuit regarding the first preliminary injunction motion made by the Fox Plaintiffs in the Fox Litigation.  For purposes of clarity, final resolution of the appeal includes the final resolution of any petitions or appeals to the United States Supreme Court.

///
///
///
///
///
///
///
///
///

- 2 -

| 1 | Dated: | December 20, 2013 | Mitchell Silberberg & Knupp LLP |

Dated:   December 20, 2013

By:_____ */s/ - Patricia H. Benson*_____
PATRICIA H. BENSON
Attorneys for Plaintiffs
NBC Studios, LLC, Universal
Network Television LLC, Open 4
Business Productions LLC, and
NBCUniversal Media, LLC

Dated:   December 20, 2013

Orrick, Herrington & Sutcliffe LLP

By:_____ */s/ - William A. Molinski*_____
WILLIAM A. MOLINSKI
Attorneys for Defendants
DISH Network Corporation, DISH
Network L.L.C., EchoStar
Corporation and EchoStar
Technologies L.L.C.

- 3 -