1  WILLIAM A. MOLINSKI (SBN 145186)
   wmolinski@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
3  Los Angeles, California 90017
   Tel: +1-213-629-2020 / Fax: +1-213-612-2499
4
   ANNETTE L. HURST (SBN 148738)
5  ahurst@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
6  405 Howard Street
   San Francisco, California 94105-2669
7  Tel: +1-415-773-5700 / Fax: +1-415-773-5759

   E. JOSHUA ROSENKRANZ (*pro hac vice*)
8  jrosenkranz@orrick.com
   PETER A. BICKS (*pro hac vice*)
9  pbicks@orrick.com
   ELYSE D. ECHTMAN (*pro hac vice*)
10 eechtman@orrick.com
   LISA T. SIMPSON (*pro hac vice*)
11 lsimpson@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 51 West 52nd Street
   New York, New York 10019-6142
13 Tel: +1-212-506-5000 / Fax: +1-212-506-5151

14 MARK A. LEMLEY (SBN 155830)
   mlemley@durietangri.com
15 MICHAEL PAGE (SBN 154913)
   mpage@durietangri.com
16 DURIE TANGRI LLP
   217 Leidesdorff Street
17 San Francisco, California 94111
   Tel: +1-415-362-6666

18 Attorneys for Defendants DISH Network
   Corporation, DISH Network L.L.C., EchoStar
19 Corporation and EchoStar Technologies L.L.C.

20                UNITED STATES DISTRICT COURT

21                CENTRAL DISTRICT OF CALIFORNIA

22 | NBC STUDIOS, LLC; *et al.*, | Case No. CV12-04536-DMG-SHx |
|---|---|
| Plaintiffs, | **JOINT STIPULATION RE STAY OF PROCEEDINGS** |
| v. | |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., ECHOSTAR CORPORATION and ECHOSTAR TECHNOLOGIES L.L.C. | |
| Defendants. | |

Plaintiffs NBC Studios, LLC, Universal Television, LLC, Open 4 Business Productions LLC and NBCUniversal Media, LLC (collectively, "Plaintiffs") and Defendants DISH Network Corporation, DISH Network L.L.C., EchoStar Corporation and EchoStar Technologies L.L.C. (collectively, "Defendants", and together with Plaintiffs referred to as the "Parties") enter into this Joint Stipulation to stay proceedings in this action with reference to the following facts:

    A.    On July 25, 2014, the Parties participated in a post-stay Scheduling Conference, in which the Court asked the parties to meet and confer regarding whether or not there can be time and resource savings by reinstituting a stay of proceedings in this case until a reasonable amount of time after a disposition has been reached in the Fox case as to some or all of the issues.

    B.    On August 1, 2014, having met and conferred regarding the Court's question, the Parties filed a joint report with the Court, noting their agreement that there is a potential for conserving the time and resources of the Parties and the Court if this case is stayed until the District Court enters final judgment on all causes of action in *Fox Broadcasting Company, Inc., et al. v. DISH Network L.L.C., et al.*, No. 12-CV-04529-DMG (SHx).

NOW, THEREFORE, the Parties, through their undersigned counsel of record, hereby stipulate and agree as follows:

//
//
//
//
//
//
//

-1-

JOINT STIPULATION RE STAY OF PROCEEDINGS
CASE NO. CV12-04536-DMG-SHX

1. This action shall be stayed from today's date until final judgment in the District Court on all causes of action in *Fox Broadcasting Company, Inc., et al. v. DISH Network L.L.C., et al.*, No. 12-CV-04529-DMG (SHx).

Dated: August 6, 2014           MITCHELL SIBERBERG & KNUPP LLP


By: */s/ Patricia H. Benson*
PATRICIA H. BENSON
Attorneys for Plaintiffs
NBC Studios, LLC, Universal Network Television LLC, Open 4 Business Productions LLC, and NBCUniversal Media, LLC

Dated: August 6, 2014           ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ William A. Molinski*
WILLIAM A. MOLINSKI
Attorneys for Defendants
DISH Network Corporation, DISH Network L.L.C., EchoStar Corporation and EchoStar Technologies L.L.C.

Pursuant to L.R. 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.