| | |
|---|---|
| 1 | WILLIAM A. MOLINSKI (SBN 145186) |
| | wmolinski@orrick.com |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 3 | Los Angeles, California 90017 |
| | Tel: +1-213-629-2020 / Fax: +1-213-612-2499 |
| 4 | ANNETTE L. HURST (SBN 148738) |
| 5 | ahurst@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 6 | 405 Howard Street |
| | San Francisco, California 94105-2669 |
| 7 | Tel: +1-415-773-5700 / Fax: +1-415-773-5759 |
| 8 | E. JOSHUA ROSENKRANZ (*pro hac vice*) |
| | jrosenkranz@orrick.com |
| 9 | PETER A. BICKS (*pro hac vice*) |
| | pbicks@orrick.com |
| 10 | ELYSE D. ECHTMAN (*pro hac vice*) |
| | eechtman@orrick.com |
| 11 | LISA T. SIMPSON (*pro hac vice*) |
| | lsimpson@orrick.com |
| 12 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 51 West 52nd Street |
| 13 | New York, New York 10019-6142 |
| | Tel: +1-212-506-5000 / Fax: +1-212-506-5151 |
| 14 | Attorneys for Defendants DISH Network |
| 15 | Corporation, DISH Network L.L.C., EchoStar Corporation, and EchoStar Technologies, L.L.C. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NBC STUDIOS, LLC; et al., | Case No. CV12-04536-DMG-SHx |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| DISH NETWORK CORPORATION, DISH NETWORK L.L.C., ECHOSTAR CORPORATION and ECHOSTAR TECHNOLOGIES L.L.C. | |
| Defendants. | |

Case No. CV12-04536-DMG-SHx

## PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick Herrington & Sutcliffe LLP, 777 S. Figueroa Street, Suite 3200, Los Angeles, California 90017. On March 1, 2016, I served the following document(s):

1. **DECLARATION OF GHAZAL TAJMIRI IN SUPPORT OF DEFENDANTS' APPLICATION TO FILE UNDER SEAL [FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MARCH 1, 2016];**

2. **JOINT STATUS REPORT AND REQUEST FOR FURTHER STAY [FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MARCH 1, 2016]; AND**

3. **NEF**

on the interested parties in this action as follows:

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California

☐ I caused such document(s) listed above to be transmitted by electronic mail to the offices of the addressee(s) listed below.

☐ On the date indicated above, I deposited the sealed package(s) in a box or other facility regularly maintained by Federal Express for delivery of documents, with the delivery fees paid or provided for by the sender.

Robert H. Rotstein, Esq.
Patricia H. Benson, Esq.
Jean Pierre Nogues, Esq.
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
rxr@msk.com
phb@msk.com
jpn@msk.com
Tel: (310) 312-2000
Fax: (310) 312-3100

J. Matthew Williams, Esq.
MITCHELL SILBERBERG & KNUPP LLP
1818 N. Street, NW, 8th Floor
Washington, DC 20036
mxw@msk.com
Tel: (202) 355-7900
Fax: (202) 355-7899

Attorneys for Plaintiffs

-1-

NBC STUDIOS, LLC; UNIVERSAL NETWORK TELEVISION, LLC; OPEN 4 BUSINESS PRODUCTIONS LLC; and NBCUNIVERSAL MEDIA, LLC,

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    Executed on March 1, 2016, at Los Angeles, California.

    I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Maria Mercado-Navarro*
Maria Mercado-Navarro