UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-04536 DMG (SHx) | Date | March 4, 2016 |
| Title | NBC Studios, LLC, et al. v. Dish Network Corp., et al. | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE STIPULATION TO EXTEND STAY [88]**

On March 1, 2016, the parties filed a joint status report. The Court approves the parties' stipulation to extend the stay of this action until September 9, 2016, subject to an application by either side—permitted only after May 27, 2016—to lift the stay. The stay will automatically expire on September 9, 2016 if there has been no such application.

Within 15 days after the lifting or expiration of the stay, the parties shall file a joint status report regarding their intended course of action in the present case and, if appropriate, proposed pretrial and trial dates and deadlines and, if necessary, a request that the Court set a scheduling conference.

**IT IS SO ORDERED.**