1

2

3                                                          JS-6

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  | NBC STUDIOS, LLC; UNIVERSAL | Case No.: CV 12-4536-DMG (SHx) |
    | NETWORK TELEVISION, LLC; | |

12  | OPEN 4 BUSINESS PRODUCTIONS | **ORDER RE STIPULATED** |
    | LLC; and NBCUNIVERSAL MEDIA, | **DISMISSAL [91]** |

13  | LLC, | |

14  | Plaintiffs, | **[Fed. R. Civ. P. Rule 41(a)(1)(A)(ii)]** |

15  | vs. | |

16  | DISH NETWORK CORPORATION; | |
    | DISH NETWORK L.L.C.; | |

17  | ECHOSTAR CORPORATION; and | |
    | ECHOSTAR TECHNOLOGIES, | |

18  | L.L.C., | |
    | Defendants. | |

19

20

21        The Court, having read and considered the STIPULATED DISMISSAL filed

22  by the parties to this action, NBC STUDIOS, LLC; UNIVERSAL NETWORK

23  TELEVISION, LLC; OPEN 4 BUSINESS PRODUCTIONS LLC; and

24  NBCUNIVERSAL MEDIA, LLC, DISH NETWORK CORPORATION; DISH

25  NETWORK L.L.C.; ECHOSTAR CORPORATION; and ECHOSTAR

26  TECHNOLOGIES L.L.C., and good cause appearing therefor,

27        IT IS ORDERED that:

28

1       1.  The Court hereby DISMISSES all claims with prejudice, each party to

2           bear its own costs and attorneys' fees; and

3       2.  All scheduled dates and deadlines are VACATED.

DATED:  June 20, 2016

                             DOLLY M. GEE
                   UNITED STATES DISTRICT JUDGE