AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

ORIGINAL

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. CV12-04536  DATE FILED /2012 | UNITED STATES DISTRICT COURT<br>312 SPRING STREET<br>LOS ANGELES, CA 90012 |
| PLAINTIFF<br>NBC STUDIOS, LLC; UNIVERSAL NETWORK TELEVISION, LLC; OPEN 4 BUSINESS PRODUCTIONS LLC and NBCUNIVERSAL MEDIA, LLC | DEFENDANT<br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | Pending | The Return of Avery Jessup | NBC Studios |
| 2 | Pending | What Will Happen to the Gang Next Year | NBC Studios |
| 3 | PA 1-765-480 | BeeWare | Open 4 Business Productions LLC |
| 4 | PA 1-778--887 | Three Coins in a Fuchsbau | Open 4 Business Productions LLC |
| 5 | | See "ATTACHMENT A" for additional copyrights | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order   ☐ Judgment | ☐ Yes   ☒ No | 6/20/2016 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| KIRY K. GRAY | G. Kami | 6/20/2016 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# ATTACHMENT A

(to REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT)

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| PA 1-780-055 | Plumed Serpent | Open 4 Business Productions LLC |
| Pending | Island Of Dreams | Open 4 Business Productions LLC |
| PA 1-774-128 | Theatre Tricks | Universal Network Television LLC |
| PA 1-774-146 | Trivia | Universal Network Television LLC |
| PA 1-776-312 | Jury Duty | Universal Network Television LLC |
| PA 1-775-976 | Special Project | Universal Network Television LLC |
| PA 1-77-493 | Tallahassee | Universal Network Television LLC |
| PA 1-756-487 | Pawnee Rangers | Open 4 Business Productions LLC |
| PA 1-774-147 | The Comeback Kid | Open 4 Business Productions LLC |
| Pending | Win, Lose, Or Draw | Open 4 Business Productions LLC |
| Pending | Bombshell | NBC Studios LLC |
| PA 1-773-957 | Private Parts | NBC Studios LLC |
| PA 1-777-488 | 48 Hours | NBC Studios LLC |
| PA 1-777-464 | Mad Women | NBC Studios LLC |

4654552.1